# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3:14-mj-0045

Robert Scott Harris

**ORDER TO PAY**

SOCIAL SECURITY #: ~~_____~~
DATE OF BIRTH: ~~_____~~
DRIVER'S LICENSE #: ~~_____~~
ADDRESS: ~~_____~~

~~CITY        STATE        ZIP CODE~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 12-16-14            /s/ Scott Harris
                          DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

[X] Fine: $ 2,480 and a penalty assessment of $ 20.00 for a TOTAL AMOUNT OF: $ 2,500 ~~within ____ days/months~~; or payments of $ 150 per month, commencing 1-1-15 and due on the first of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ ____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

~~CENTRAL VIOLATIONS BUREAU~~        ~~CLERK, USDC~~            CLERK, USDC
~~PO BOX 70939~~                     ~~2500 TULARE ST., RM. 1501~~   501 I STREET, STE. 4-200
~~CHARLOTTE, NC 28272-0939~~         ~~FRESNO, CA 93721-1322~~   SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 12-16-14            _____
                          U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                    EDCA-3